Name and address:

Mark J. Mahoney
Harrington & Mahoney
70 Niagara Street, 3rd Floor
Buffalo, NY  14202

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s), | 8:25-cr-00099-JWH |
| v. | | |
| | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Brian Marion | | ***PRO HAC VICE*** |
| | Defendant(s), | |

### INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

### SECTION I - INFORMATION

Mahoney, Mark J.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

Harrington & Mahoney
_____
*Firm/Agency Name*

| 70 Niagara Street, 3rd Floor | 716-853-3700 | 716-853-3710 |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Buffalo, NY  14202 | mjm@harringtonmahoney.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Brian Marion | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Supreme Court of the United States | 4/24/1978 | yes |
| United States Court of Appeals, 2nd Circuit | 12/24/1975 | yes |
| United States Court of Appeals, 5th Circuit | 9/02/2025 | yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:24-cr-754-SVW | United States of America vs. Adam Levin | 4/22/2026 | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  March 24, 2026

Mark J. Mahoney
Applicant's Name (please type or print)

Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Visco, Joshua P.

*Designee's Name (Last Name, First Name & Middle Initial)*

Law Offices of Joshua P Visco APC

*Firm/Agency Name*

9431 Haven Ave, Ste 100

*Street Address*

Rancho Cucamonga, CA 91730

*City, State, Zip Code*

714-315-7152

*Telephone Number*

714-475-7088

*Fax Number*

Josh@viscolaw.com

*Email Address*

243168

*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 06/18/2026

Joshua P Visco

*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Additional Admission Dates
Appellate Division, Third Department, 2/18/1975 (for all New York State Courts)
Western District of New York, 2/24/1975
Northern District of New York, 7/18/1996
Eastern District of New York, 5/13/1999
Southern District of New York, 11/9/2001
Central District of Illinois, 6/24/2021
District of Connecticut, pending 5/1/26 oath



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

I, *Robert D. Mayberger*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Mark J. Mahoney

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 18, 1975**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 25, 2026.

*Clerk of the Court*

CertID-00281935

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, CATHERINE O'HAGAN WOLFE, Clerk of the United States Court of Appeals for the Second Circuit,

CERTIFY that Mark J. Mahoney, as duly admitted to practice in said Court on December 24, 1975 and is in good standing.

**CATHERINE O'HAGAN WOLFE**
Clerk of Court

Dated: March 20, 2026
New York City, New York

By: _Jason Lattuga_

Jason Lattuga
Deputy Clerk

# United States Court of Appeals
# for the Fifth Circuit

## CERTIFICATE OF GOOD STANDING

I, LYLE W. CAYCE, Clerk of this Court, certify that **Mark Mahoney** was duly admitted to practice in this Court on September 02, 2025, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on March 24, 2026

*Lyle W. Cayce*

LYLE W. CAYCE
Clerk

By: *Sabrina B. Short*

Sabrina B. Short
Deputy Clerk



**A True Copy**
**Certified Mar 24, 2026**

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit



# Certificate of Good Standing

UNITED STATES OF AMERICA          )
                                  )       SS.
CENTRAL DISTRICT OF ILLINOIS      )

I, Shig Yasunaga, Clerk of the United States District Court for the Central District of Illinois,

    DO HEREBY CERTIFY that **Mark Mahoney** was duly admitted to practice in said Court on 6/25/2021 and that said person is in good standing in said Court.

Dated at Peoria, Illinois
on 3/20/2026.

Shig Yasunaga, Clerk,

By: _____
Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

## CERTIFICATE OF GOOD STANDING

I, _____ Brenna B. Mahoney _____ , Clerk of this Court,

certify that _____ Mark J. Mahoney _____ , Bar # _____ MM1112 _____ .

was duly admitted to practice in this Court on _____ 05/13/1999 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Central Islip _____ on _____ 03/25/2026 _____
                                                *(Location)*                                       *(Date)*

Brenna B. Mahoney
**CLERK OF COURT**

*Laura Jakubowski*

Laura Jakubowski , *DEPUTY CLERK*



AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

## Northern District of New York

### CERTIFICATE OF GOOD STANDING

I, _____ John M. Domurad _____ , Clerk of this Court,

certify that _____ MARK J. MAHONEY _____ , Bar # _____ 502103 _____ .

was duly admitted to practice in this Court on _____ July 18, 1996 _____ , and is in good standing as a member

of the Bar of this Court.

Dated at _____ Syracuse, New York _____ on _____ March 27, 2026 _____
       (Location)                                          (Date)

JOHN M. DOMURAD
      CLERK

DEPUTY CLERK

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____ MARK    MAHONEY _____ , Bar # _____ MM1112 _____

was duly admitted to practice in the Court on

_____ November 09, 2001 _____

and is in good standing as a member of the Bar of this Court

Dated at           500 Pearl St.           On           _____ March 25, 2026 _____
                   New York, New York

_____ Tammi M. Hellwig _____
Clerk of Court

By

_____ s/B. Cong _____
Deputy Clerk

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

for the

Western District of New York

## CERTIFICATE OF GOOD STANDING

I, _____Andrew W. Moeller_____, Clerk of this Court,

certify that _____Mark J. Mahoney_____, Bar # _____n/a_____,

was duly admitted to practice in this Court on _____02/24/1975_____, and is in good standing as a member

of the Bar of this Court.

Dated at _____Buffalo, NY_____ on _____03/27/2026_____
_____(Location)_____ _____(Date)_____

_____
CLERK

_____
DEPUTY CLERK