Cc: USPPO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:25-cr-00099-JWH |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR MODIFICATION OF CONDITIONS OF RELEASE AND TRAVEL** |
| BRIAN MARION, | |
| Defendant. | |

It is hereby **ORDERED** as follows:

1.    Defendant Brian Marion is permitted to travel to Atlanta, Georgia, from July 22 through July 25, 2026. for a psychological assessment.

2.    Defendant is **DIRECTED** to provide his itinerary to Pre-Trial Services Officer Luis Trujillo prior to travel.

3.    All other conditions remain in effect.

**IT IS SO ORDERED.**



Dated:   July 10, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE